■ NATIONWIDE POSTAL MANAGEMENT et al., Respondents, v BMW FINANCIAL SERVICES, N. A., INC., Appellant. [720 NYS2d 805] —In an action to recover damages for fraud and the intentional infliction of emotional distress, the defendant appeals from an order of the Supreme Court, Nassau County (Lally, J.), dated February 16, 2000, which denied its motion for summary judgment dismissing the complaint and on its counterclaim.

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in denying the defendant's motion for summary judgment as untimely (*see,* CPLR 3212 [a]; *Clifford v Harrow Stores,* 274 AD2d 370; *Gonzalez v 98 Mag Leasing Corp.,* 95 NY2d 124; *Welch Foods v Wilson,* 277 AD2d 882). Bracken, Acting P. J., Altman, Goldstein and McGinity, JJ., concur.

■ NEIGHBORHOOD CHECK CASHING CORP., Appellant, v ACTION CHECK CASHING CORP. et al., Respondents. [720 NYS2d 805] —In an action, *inter alia,* to recover damages for breach of contract, the plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Queens County (Golar, J.), dated November 15, 1999, as granted those branches of the defendants' motion which were for summary judgment dismissing the first, second, and eighth causes of action, and denied its cross motion, in effect, for summary judgment on those causes of action.

Ordered that the order is affirmed insofar as appealed from, with costs.

Contrary to the plaintiff's contentions, the defendants were entitled to summary judgment dismissing the first, second, and eighth causes of action (*see, Zuckerman v City of New York,* 49 NY2d 557), and its cross motion was therefore properly denied. O'Brien, J. P., Santucci, Luciano and Schmidt, JJ., concur.